ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
JUAN VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br><br><br>JUAN VENEGAS,<br><br>    Defendant. | Case No.: 1:12-CR-00409-AWI-BAM<br><br><br><br><br>AMENDED STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date: March 11, 2013<br>Time: 1:00 p.m.<br>Hon. Barbara McAuliffe |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for status on March 11, 2013, at 1:00 p.m.

   2. By this stipulation, defendant now moves to continue the status conference until **May 13, 2013, at 1:00 p.m.** and to exclude time between March 11, 2013, and May 13, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

- 1 -

a. The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

b. Plea negotiations are ongoing, however the parties need additional time and believe that, based on the posture at this point, the matter will resolve. Plea agreements have not been finalized thus additional time is needed to consult with the clients and the government regarding the ongoing plea negotiations and conduct any further investigation that may arise as the result of the negotiations.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 11, 2013, to May 13, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a

1     continuance granted by the Court at defendant's request on
2     the basis of the Court's finding that the ends of justice
3     served by taking such action outweigh the best interest of
4     the public and the defendant in a speedy trial.
5     4. Nothing in this stipulation and order shall preclude a
6 finding that other provisions of the Speedy Trial Act dictate
7 that additional time periods are excludable from the period
8 within which a trial must commence.

10 IT IS SO STIPULATED.

12 Dated: March 7, 2013

13                                   */s/ Elana S. Landau*
                                     Assistant United States
14                                      Attorney

16 Dated: March 7, 2013

17                                   */s/ Anthony P. Capozzi*
                                   Anthony P. Capozzi
18                                    Attorney for
                                   JUAN VENEGAS

25                                 **ORDER**

27     For reasons set forth above, the continuance requested by
28 the parties is granted for good cause and time is excluded

under the Speedy Trial Act from March 11, 2013, to, and including, May 13, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

　　**IT IS ORDERED** that the Status Conference currently scheduled on March 11, 2013, at 1:00 p.m. is continued to **May 13, 2013, at 1:00 p.m.**

　　IT IS SO ORDERED:

IT IS SO ORDERED.

　　Dated:　**March 7, 2013**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE