ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

Attorney for Defendant,
JUAN VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00409-AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA |
| JUAN VENEGAS, | ) Date: July 15, 2013 |
| | ) Time: 10:00 a.m. |
| | ) Hon. Anthony W. Ishii |
| Defendant. | ) |

   Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for Change of Plea on July 15, 2013, at 10:00 a.m.

   2. By this stipulation, defendant now moves to continue the Change of Plea until **August 5, 2013, at 10:00 a.m.** and to exclude time between July 15, 2013, and August 5, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

1      a. Additional time is needed for plea negotiations.
2      b. The government does not object to the continuance.
3      c. Based on the above-stated findings, the ends of
4   justice served by continuing the case as requested
5   outweigh the interest of the public and the defendant in a
6   trial within the original date prescribed by the Speedy
7   Trial Act.
8      d. For the purpose of computing time under the Speedy
9   Trial Act, 18 U.S.C. § 3161, et seq., within which trial
10  must commence, the time period of July 15, 2013, to August
11  5, 2013, inclusive, is deemed excludable pursuant to 18
12  U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
13  continuance granted by the Court at defendant's request on
14  the basis of the Court's finding that the ends of justice
15  served by taking such action outweigh the best interest of
16  the public and the defendant in a speedy trial.
17  4. Nothing in this stipulation and order shall preclude a
18  finding that other provisions of the Speedy Trial Act dictate
19  that additional time periods are excludable from the period
20  within which a trial must commence.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

IT IS SO STIPULATED.

Dated: July 11, 2013

                               */s/ Elana S. Landau*
                               Assistant United States Attorney

Dated: July 11, 2013

                               */s/ Anthony P. Capozzi*
                               Anthony P. Capozzi
                               Attorney for
                               JUAN VENEGAS

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from July 15, 2013, to, and including, August 5, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Change of Plea currently scheduled for July 15, 2013, at 10:00 a.m. is continued to **August 5, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: __July 11, 2013__                  _____
                                           SENIOR  DISTRICT JUDGE